**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **SOVEREIGN PEAK VENTURES, LLC,** | § § | |
| Plaintiff, | § § | |
| v. | § § | |
| **TCL TECHNOLOGY GROUP CORPORATION, TCL INDUSTRIES HOLDINGS CO., LTD.,** | § § § | **JURY TRIAL DEMANDED** |
| **TCL ELECTRONICS HOLDINGS LTD., TCL COMMUNICATION TECHNOLOGY HOLDINGS LTD., HUIZHOU TCL MOBILE COMMUNICATION CO. LTD., TCT MOBILE WORLDWIDE LTD., TCT MOBILE INTERNATIONAL LTD., SHENZEN TCL NEW TECHNOLOGIES CO. LTD., TCL KING ELECTRICAL APPLIANCES (HUIZHOU) CO. LTD., TCL MOKA INTERNATIONAL LTD., and TCL MOKA MANUFACTURING S.A. DE C.V.,** | § § § § § § § § § § § § § § § § | **C.A. NOS. 2:21-CV-00006-JRG
                2:21-CV-00007-JRG
                2:21-CV-00008-JRG** |
| Defendants. | § | |

**JOINT AGREED MOTION TO EXTEND THE TIME TO ANSWER OR
OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT
AND WAIVER OF FOREIGN SERVICE REQUIREMENT**

Plaintiff Sovereign Peak Ventures, LLC ("SPV") and Defendants TCL Technology Group

Corporation, TCL Industries Holdings Co., LTD., TCL Electronics Holdings LTD., TCL

Communication Technology Holdings LTD., Huizhou TCL Mobile Communication Co. Ltd.,

TCT Mobile Worldwide LTD., TCT Mobile International LTD., Shenzen TCL New Technologies

Co. Ltd., TCL King Electrical Appliances (Huizhou) Co. Ltd., TCL Moka International Ltd., and TCL Moka Manufacturing S.A. DE C.V. (collectively, "Defendants") jointly move the Court to extend the time within which Defendants are each required to answer or otherwise respond to SPV's Complaint in each of the above-referenced actions by 120 days, which would be up to and including May 19, 2021.

Plaintiff and Defendants have been in contact related to this request, and have discussed the matter multiple times, as well as this extension, and believe it is appropriate particularly given the number of defendants in the cases, the size and complexity of these cases, coupled with the fact that all of the Defendants are foreign entities. SPV and Defendants agreed that Defendants, which are each a foreign corporation located outside the United States, each waive the service of process requirements under Federal Rule of Civil Procedure 4(h) and 4(f)(1) and each will not challenge service in exchange for a 120-day extension. Such a waiver and extension are made pursuant to Federal Rule of Civil Procedure 4(d)(3), which grants foreign defendants 90 days to answer in exchange for waiving service. Additional time was provided to accommodate the Defendants' request.

Accordingly, the parties request that the Court grant the request for a 120-day extension for the Defendants to answer, up to and including May 19, 2021. The parties do not make this motion for purposes of delay, but for good cause such that the Court is not burdened with a procedural dispute.

| | |
|---|---|
| Dated: February 9, 2021 | Respectfully submitted, |
| Respectfully submitted,<br>/s/ *Patrick J. Conroy*<br>Patrick J. Conroy<br>Texas Bar No. 24012448<br>T. William Kennedy Jr.<br>Texas Bar No. 24055771<br>Jonathan H. Rastegar<br>Texas Bar No. 24064043<br>Jerry D. Tice, II<br>Texas Bar No. 24093263 | /s/ *Bradford A. Cangro, with permission*<br><br>Bradford A. Cangro (Admitted in TXED)<br>D.C. Bar No. 495996<br>**PV LAW LLP**<br>5335 Wisconsin Avenue, N.W.<br>Suite 440<br>Washington, D.C. 20015-2052<br>(202) 773-4112<br>bradford.cangro@pvuslaw.com |
| **Bragalone Conroy PC**<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670<br>Fax: (214) 785-6680<br>pconroy@bcpc-law.com<br>bkennedy@bcpc-law.com<br>jrastegar@bcpc-law.com<br>jtice@bcpc-law.com | *Counsel for Defendants* |
| **Attorneys for Plaintiff**<br>**Sovereign Peak Ventures, LLC** | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel on February 9, 2021.

/s/ *Patrick J. Conroy*
Patrick J. Conroy

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel in this case has complied with the meet and confer requirement set out in Local Rule CV-7(h). The motion is agreed to and submitted jointly.

*/s/ Patrick J. Conroy*
Patrick J. Conroy